IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN J ROOKS, | : |
| Plaintiff, | : |
| v. | : Case No. 5:21-cv-00383-TES-MSH |
| SUPREME COURT OF GEORGIA, | : |
| Defendant. | : |

## ORDER

Plaintiff Jonathan J. Rooks filed a *pro se* complaint seeking relief under 42 U.S.C. § 1983 (ECF No. 1). The substance of Plaintiff's complaint, however, challenged his state conviction. Therefore, on December 6, 2021, the Court ordered Plaintiff to file a recast complaint on the Court's standard 28 U.S.C. § 2254 form and to either pay the required filing fee or seek leave to proceed *in forma pauperis* ("IFP"). Order 2, ECF No. 8. The Court gave Plaintiff fourteen (14) days to comply. *Id.* at 6.

Plaintiff sought two extensions of time to comply—which the Court granted—giving him until January 31, 2022, to recast his complaint, seek leave to proceed IFP, or pay the filing fee (ECF Nos. 9, 11, 10, 12). Despite these extensions,

Plaintiff failed to comply with the Court's instructions and, instead filed various motions and documents alleging judicial misconduct (ECF Nos. 14, 16, 17, 18, 19, 20, 21, 22).[1] The Court therefore ordered Plaintiff to show cause as to "why his lawsuit should not be dismissed for failure to comply with the Court's previous orders and instructions." Order 2, Mar. 1, 2022, ECF No. 23. That Order allowed Plaintiff fourteen (14) days to respond. *Id.*

On March 14, 2022, the Court received Plaintiff's motion to stay the proceedings (ECF No. 24). In that motion, Plaintiff responds to the Court's show cause order, arguing that his claim is not a habeas corpus action. Mot. to Stay Proc. 1, ECF No. 24. Plaintiff did not file this motion on the Court's standard § 2254 form and he has not paid the required filing fee. Thus, Plaintiff has failed to show cause. Accordingly, Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders. *See* Fed. R. Civ. P. 41(b). All pending motions (ECF No. 14, 16, 17, 18, 20, 21, 22 and 24) are **DENIED AS MOOT**.

---

[1] While one of these documents was docketed as a recast complaint, it is actually a petition requesting "a Special Three-Judge Court[.]" *See generally* Recast Compl., ECF No. 19.

SO ORDERED, this 18 day of March, 2022.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT JUDGE