IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN J ROOKS, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-cv-00383-TES-MSH |
| | * |
| SUPREME COURT OF GEORGIA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 18th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk